ELSIE J. HASSALL, Respondent, *v.* CHRISTOPHER J. MOORE et al., Appellants.

(Argued November 29, 1932; decided December 13, 1932.)

. *Martin Conboy, David Asch, William J. Butler* and *Daniel G. Connolly* for Christopher J. Moore et al., appellants.

*Daniel G. Connolly* and *Thomas F. Magner* for Anne Moore, appellant.

*Emil Weitzner* and *Philip Scharf* for respondent.

Appeal from judgment so far as it directs an accounting dismissed; otherwise judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.